**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Sean Anthony ROBINSON, a/k/a
Black, Defendant–Appellant.**

No. 12–7206.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 11, 2012.

Decided: Oct. 16, 2012.

Sean Anthony Robinson, Appellant Pro Se. Gurney Wingate Grant, II, Roderick Charles Young, Assistant United States Attorneys, Richmond, Virginia, for Appellee.

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sean Anthony Robinson appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Robinson,* No. 3:06–cr–00204–HEH–1 (E.D.Va. June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately

338

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*